STATE OF NEW JERSEY v. RON MISKE.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JACKSON.

March 21, 1989.

Petition for certification denied.

TINA OLIVERO, ETC., ET AL. v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY, ET AL.

March 21, 1989.

Petition for certification denied.   (See 227 *N.J.Super.* 367).

BERNARD SCHWAM v. TOWNSHIP OF CEDAR GROVE.

March 21, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 522 ).